FILED 02 DEC '19 16:15 USDC-ORE

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF OREGON

JOSEPH KEITH PITTMAN,

        Plaintiff,

v.

CITY OF EUGENE
CITY OF SPRINGFIELD
LISA DONNEL LANE COUNTY DISTRICT ATTORNEY
PATRICIA W. PERLOW-LANE COUNTY DISTRICT ATTORNEY
LANE COUNTY JAIL, et. Al
**Springfield Police Department**
**Officer Daniel Basarada-Springfield Police Department(393)**
**Officer M.M. Fountain-Springfeild Police Department(426)**

Case No. 6:19-cv-1958-CL

MOTION FOR APPOINTMENT OF COUNSEL

--18 U.S.C. § 3006A(2)(B)--

COMES NOW, JOSEPH KEITH PITTMAN, a prisoner not represented by counsel in the above entitled matter and, pursuant to 18 U.S.C. § 3006A(2)(B), respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter. This motion is supported by AFFIDAVIT OF INDIGENCY attached.

Dated this 22 day of Novemeber, 2019.

Respectfully Submitted,

(Signature)
Print Name: JOSEPH KEITH PITTMAN
Sid # 21196112
Deer Ridge Correctional Minimum
**3920 E. Ashwood Rd.**
Madras, OR 97741

Page 1 of 1 – Motion for Appointment of Counsel      Form 39.150