IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH KEITH PITTMANN,

        Plaintiff,                             Civ. No. 6:19-cv-1958-CL

      v.                                      ORDER

OFFICER DANIEL BASARADA, et al.,

        Defendants.
_____

MCSHANE, Judge:

        Magistrate Judge Mark Clarke filed a Findings and Recommendation (#16), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#16) is adopted. Plaintiff's claims against Lisa Donnell, Lane County, the City of Eugene, and the City of Springfield are DISMISSED, with prejudice.

IT IS SO ORDERED.

        DATED this 17th day of June, 2020.

                                                            _____/s/ Michael J. McShane_____
                                                                  Michael McShane
                                                             United States District Judge